**Order entered October 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01118-CV

### IN RE LANCE GURLEY, Relator

### Original Proceeding from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-08070

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **DENY** relator's September 13, 2019 petition for writ of mandamus and **LIFT** our stay of the trial court's September 13, 2019 order Granting Motion to Expunge Lis Pendens.

/s/    BILL PEDERSEN, III
JUSTICE